**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CHARLINDA WELLS | § § | |
| v. | § § | CASE NO. 9:21-CV-63 |
| CITY OF CORRIGAN ET AL | § § § § § § | JUDGE RON CLARK |

## ORDER TRANSFERRING CASE

For effective disposition of cases in the Eastern District of Texas, this Lufkin civil case is hereby transferred from Judge Ron Clark to Judge Michael Truncale.

So ORDERED and SIGNED, Jun 13, 2021.

_____
Ron Clark
Senior Judge

1