# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| CHARLINDA WELLS, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CASE NO. 9:21-cv-00063 |
| | § |
| CITY OF CORRIGAN, ET AL. | § |
| | § |
| Defendants. | § |

## MEDIATOR'S REPORT

By agreement of the parties, the undersigned mediator was selected to provide mediation services for the above referenced action. All parties and counsel attended a mediation session conducted on December 15, 2021. The mediation session was adjourned so that further settlement discussions between the parties could take place. The parties, with the assistance of the undersigned mediator, were subsequently able to resolve the case and it can now be reported to the Court that the above reference action has **SETTLED**.

Dated: December 23, 2021         Respectfully submitted,

_/s/ Andy Tindel_____

ANDY TINDEL
Texas State Bar No. 20054500

MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

*Agreed Mediator*

## **CERTIFICATE OF SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 23rd day of December, 2021.

_____

Andy Tindel